UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     v.<br><br>MARSHA AIKEN,<br><br>          Defendant. | Criminal No. 06-717 (JAG)<br><br>**ORDER** |

**GREENAWAY, JR., U.S.C.J.**[*]

This matter comes before this Court on the motion (Docket Entry No. 10) of defendant, Marsha Aiken ("Defendant"), requesting that this Court order the Bureau of Prisons ("BOP") to reduce the amount of Defendant's monthly restitution payments. For the reasons set forth below, this request will be denied.

On March 29, 2007, this Court sentenced Defendant to 52 months of imprisonment, with 3 years of supervised release, and ordered Defendant to pay restitution in the amount of $1,297,091.00, along with a special assessment of $100.00. This Court's order stated that "restitution is due immediately," and that this Court "recommend[s] that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program." (J. in a Crim. Case 5.)

Nothing in Defendant's motion demonstrates "a material change in [D]efendant's

---

[*] Sitting by designation on the District Court.

1

economic circumstances that might affect [D]efendant's ability to pay restitution," as required by 18 U.S.C. § 3664(k).  Therefore,

IT IS, this 22nd day of March, 2010,

ORDERED that the motion for reduction of restitution payments (Docket Entry No. 10) is DENIED; and it is

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.C.J.
(Sitting by designation on the District Court)